IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANASTACIO RODRIGUEZ                                             PLAINTIFF

v.                          No. 2:14-cv-113-DPM

KENNESAW TRANSPORTATION INC.
and ROY CHUMLEY                                                 DEFENDANTS

ORDER

I recuse because Richard Lusby, defendants' counsel, is on my recusal list. Our long friendship might cause a person to reasonably question my impartiality on the merits. The Clerk shall reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 October 2014